STATE OF NEW JERSEY v. LEROY BONNER.

November 16, 1971. Petition for certification denied.